633 A.2d 504

IN THE MATTER OF MARC C. BATEMAN,
AN ATTORNEY AT LAW.

November 3, 1993.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that MARC C. BATEMAN of OAKLAND, who was admitted to the bar of this State in 1975, and who was by Order of

this Court dated May 28, 1993, suspended from the practice of law for a period of two years, retroactive to April 12, 1990, be restored to the practice of law, effective immediately.